**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**

| IN RE:<br><br>Tabitha L. Little and Andrew B. Little<br><br>Debtors. | Bankruptcy Case No.: 18-51791-GRS<br><br>Chapter: 7 |
|---|---|

**ORDER MODIFYING THE AUTOMATIC STAY**

Cause coming to be heard on the Motion for Relief from the Automatic Stay of Capital One Auto Finance, a division of Capital One, N.A., all parties with an interest in the 2017 JEEP Renegade Utility 4D Latitude 2WD motor vehicle with a vehicle identification number of ZACCJABB6HPF70329 (the "Vehicle") having been duly noticed and the Court being fully advised:

IT IS HEREBY ORDERED that the automatic stay is modified with respect to the Vehicle; and

IT IS FURTHER ORDERED that the application of the 14 day stay pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

                                                                                                                        _____
                                                                                                                        Gregory R. Schaaf
                                                                                                                        United States Bankruptcy Judge

/s/ Evan Lincoln Moscov
Evan Lincoln Moscov
KY Bar Number 94835
Washington St. Ste. 303
Waukegan, IL 60085
Telephone: (312) 969-1977
evan.moscov@moscovlaw.com
Attorney for Capital One Auto Finance,
a division of Capital One, N.A.

1

Pursuant to Local Rule 9022-1(c), Evan Lincoln Moscov shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(c) and shall file with the Court a certificate of service of the order upon such parties within ten (7) days hereof.

Copies to:

Tabitha L. Little
Andrew B. Little
136 Charmac Road
Versailles, KY 40383

Julie Ann O'Bryan
1717 Alliant Ave #17
Louisville, KY 40299

James D. Lyon
100 E. Vine #404
Lexington, KY 40507

U.S. Trustee
100 E Vine St #500
Lexington, KY 40507

2

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Tuesday, March 2, 2021**
(grs)