**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**

IN RE

**Tabitha L. Little and**  Case No. 18-51791
**Andrew B. Little**  Chapter 7

**DEBTORS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021 the Order Modifying the Automatic Stay was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System or via U.S. Mail. Parties may access this filing through the Court's system.

Via U.S. Mail
Tabitha L. Little
Andrew B. Little
136 Charmac Rd.
Versailles, KY 40383

Chapter 7 Trustee via CM/ECF
James D. Lyon
100 E. Vine St., #404
Lexington, KY 40507

US Trustee via CM/ECF
U.S. Trustee
100 E. Vine St. #500
Lexington, KY 40507

Counsel for Debtor via CM/ECF
Julie Ann O'Bryan
1717 Alliant Avenue #17
Louisville, KY 40299

Signed: /s/ Evan Lincoln Moscov
            Evan Lincoln Moscov